NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**DISH NETWORK L.L.C., DIRECTV, LLC,**
*Appellants*

v.

**ENTROPIC COMMUNICATIONS, LLC,**
*Cross-Appellant*

2026-1331, 2026-1352, 2026-1366

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2024-00373, IPR2024-01060.

**O R D E R**

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

The appeals are consolidated, and thus one set of briefs should be filed for both appeals.  The revised official caption is reflected above.  The Certified Lists shall be due

March 3, 2026.

FOR THE COURT

January 30, 2026
Date

Jarrett B. Perlow
Clerk of Court